**Dismissed and Opinion Filed July 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00272-CV**

**IN RE M.C., Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-17924**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

In his petition for writ of mandamus, relator challenges temporary orders issued in the underlying suit to modify the parent–child relationship. Those temporary orders (1) named Mother as the person with the exclusive right to designate the child's primary residence and (2) set a geographic restriction on the child's residence.

It came to our attention the trial court has set a Dallas County Local Rule 8.02 "Dismissal/Entry of Final Order" hearing. Because this suggested the parties have announced settlement in the underlying matter, we questioned our jurisdiction over this mandamus proceeding. We directed relator to file a letter brief addressing our

concern and providing an update as to the status of the underlying case. We cautioned him that failure to comply by July 12, 2024, could result in dismissal of the original proceeding without further notice. To date, he has not filed the requested letter brief.

Accordingly, we dismiss the petition for writ of mandamus. Additionally, based on our review, relator's mandamus record contains unredacted sensitive data—such as the minor's full birthdate—in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike the mandamus record.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240272F.P05